In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. THE PENNSYLVANIA EXCHANGE BANK, Claimant-Appellant; SUPERINTENDENT OF INSURANCE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS KOPPLE, Suing on Behalf of Himself and All Other Stockholders of KOPPLE-LEDEKY, INC., Respondent, v. VICTOR LEDEKY and Another, Appellants. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THOMAS P. FITZSIMMONS and Others, as Executors, etc., of JACOB SAALBERG, Deceased, and Another, Appellants, v. LONG ISLAND LIGHTING COMPANY and Others, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.